## J. H. PATTERSON ET AL. *v.* LYNCH GRAY.

[Abstract Kentucky Law Reporter, Vol. 3—251.]

**Judgment Decreeing Sale of Town Lot.**

> The court will presume that a town lot is indivisible, but this presumption may be rebutted by answer or proof showing that it would be to the interests of all parties to have such lot divided. Where there is no such answer or proof the judgment should decree the sale of the entire lot.

### APPEAL FROM DAVIESS CIRCUIT COURT.

Sepember 17, 1881.

OPINION BY JUDGE PRYOR:

This court in *Faught v. Henry,* 13 Bush (Ky.) 471, adjudged that the court would presume a town lot was indivisible, and

therefore a judgment subjecting it to sale should sell the whole lot. This presumption may be rebutted by answer or proof showing that it would be to the interest of all parties to have the lot divided, but in this instance it does not appear that a division of the lot could have been made. The judgment should therefore have directed a sale of the entire lot. A sale of a part of it, although paying the debt, might render the remainder valueless, when if the whole lot was sold it might pay the debt and leave something of value to the owner.

Judgment *reversed* and cause remanded for further proceedings.

*R. W. Slack,* for appellants.

*McHenry & Haynes,* for appellee.